# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 25-50356
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
February 5, 2026

Lyle W. Cayce
Clerk

Adam Mirelez,

*Plaintiff—Appellant*,

*versus*

Llano County, Texas; Llano County Sheriff's Office; Williamson County Sheriff's Office; Caleb Garza, *Williamson County Sheriff's Deputy*; Rickey Colley, *Williamson County Sheriff's Lieutenant*,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-1117

———————————————————————

Before Elrod, *Chief Judge*, and Jones and Higginson, *Circuit Judges*.
Per Curiam:[*]

Adam Mirelez, Texas prisoner # 2413581, moves for leave to proceed in forma pauperis (IFP) in this appeal. By moving this court for leave to proceed IFP, Mirelez is challenging the district court's determination that

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50356

his appeal is not taken in good faith. *Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir. 1997).

"This court must examine the basis of its jurisdiction, on its own motion, if necessary." *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). An untimely notice of appeal in a civil case deprives this court of jurisdiction. *Bowles v. Russell*, 551 U.S. 205, 213-14 (2007). Because Mirelez did not file a timely notice of appeal from the district court's judgment dismissing his complaint or the district court's denial of his post-judgment motion, this court lacks jurisdiction over the instant appeal. *See id.*; Fed. R. App. P. 4(a)(1)(A).

Accordingly, the appeal is DISMISSED for lack of jurisdiction. The IFP motion is DENIED as moot. Mirelez's motions for production of documents and for the appointment of counsel are DENIED.